■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMAR MEANS, Appellant. [797 NYS2d 299]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lott, J.), rendered November 28, 2001, convicting him of murder in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

To the extent that it was error not to admit into evidence a scratch note made by an Assistant District Attorney, the error was harmless in light of the overwhelming evidence of guilt, including testimony by a police officer who witnessed the crimes.

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). S. Miller, J.P., Krausman, Fisher and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN MELENDEZ, Appellant. [797 NYS2d 300]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ferdinand, J.), rendered May 12, 2004, convicting him of attempted criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Adams, J.P., Cozier, Ritter and Skelos, JJ., concur.